LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (State Bar No. 088666)
glafayette@lkclaw.com
Barbara L. Lyons (State Bar No. 173548)
blyons@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:    (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendant CONDUENT STATE &
LOCAL SOLUTIONS, INC f/k/a XEROX STATE
& LOCAL SOLUTIONS, INC., erroneously sued as
XEROX STATE AND LOCAL SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MONTGOMERY, individually and on behalf those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC.; and DOES 1 - 100,<br><br>Defendants. | Case No. 3:18-cv-05518-KAW<br><br>**CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT CONDUENT STATE & LOCAL SOLUTIONS, INC., ERRONEOUSLY SUED AS XEROX STATE AND LOCAL SOLUTIONS, INC.**<br><br>Judge:   Hon. Kandis A. Westmore, United States Magistrate Judge<br><br>Complaint Filed:    July 13, 2018<br>Action Removed:   September 7, 2018 |

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure and Civil Local Rule 3-15, the undersigned counsel to CONDUENT STATE & LOCAL SOLUTIONS, INC. certify that the following listed corporations (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Defendant Conduent State & Local Solutions, Inc. ("Conduent"), Conduent is a wholly-owned subsidiary of Conduent Business Services, LLC, which in turn is a wholly-owned subsidiary of Conduent, Inc.

2. Conduent was formerly known as Xerox State & Local Solutions, Inc., at which time it was a wholly-owned subsidiary of Xerox Business Solutions, LLC, a wholly-owned subsidiary of Xerox Corporation. Xerox Corporation split into two independent companies, Xerox Corporation and Conduent, Inc., on January 1, 2017. Xerox Business Services, LLC became a subsidiary of Conduent, Inc. and was renamed Conduent Business Services, LLC. Xerox State & Local Solutions, Inc. was renamed Conduent State & Local Solutions, Inc. is a wholly owned subsidiary of Conduent Business Services, LLC, which, in turn, is a wholly owned subsidiary of Conduent, Inc.

3. Except as stated herein, there is no corporation, unincorporated association, partnership or other business entity, not a party to the case, which has any financial interest in the outcome of this litigation.

DATED: September 14, 2018.                    LAFAYETTE & KUMAGAI LLP

By:   */s/ Gary T. Lafayette*
        Gary T. Lafayette
Attorneys or Defendant
CONDUENT STATE & LOCAL SOLUTIONS, INC f/k/a XEROX STATE & LOCAL SOLUTIONS, INC., erroneously sued as XEROX STATE AND LOCAL SOLUTIONS, INC.