1   HANSON BRIDGETT LLP
    ALEXANDRA V. ATENCIO, SBN 227251
2   aatencio@hansonbridgett.com
    SAMANTHA D. WOLFF, SBN 240280
3   swolff@hansonbridgett.com
    SIMRAN K. MAHAL, SBN 300518
4   smahal@hansonbridgett.com
    425 Market Street, 26th Floor
5   San Francisco, California 94105
    Telephone:    (415) 777-3200
6   Facsimile:    (415) 541-9366

7   Attorneys for Defendant Golden Gate Bridge,
    Highway and Transportation District and Bay
8   Area Toll Authority

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12  WILLIAM MONTGOMERY, individually          Case No. 3:18-cv-05518-RS
    and on behalf of those similarly situated,

13            Plaintiff,

14        v.                                  STIPULATION AND [~~PROPOSED~~]
                                              ORDER TO STAY ACTION
15  BAY AREA TOLL AUTHORITY; GOLDEN
    GATE BRIDGE, HIGHWAY AND
16  TRANSPORTATION DISTRICT; XEROX
    STATE AND LOCAL SOLUTIONS, INC.;
17  and DOES 1-100,

18            Defendants.

19

20        Plaintiff William Montgomery ("Plaintiff") and Defendants Golden Gate Bridge, Highway

21  and Transportation District ("District"), Bay Area Toll Authority ("BATA"), and Conduent State

22  and Local Solutions, Inc. ("Conduent") ("Defendants") (collectively, "the Parties") by and through

23  their attorneys of record, stipulate as follows:

24        Whereas, Plaintiff filed this matter on July 13, 2018 in San Francisco Superior Court and

25  Conduent timely removed this matter to Federal Court on September 7, 2018;

26        Whereas, BATA contends it was not properly served by Plaintiff;

27        Whereas, Plaintiff filed an Amended Complaint in this matter on October 5, 2018 (ECF

28

Dock. No. 23);

Whereas, Plaintiff filed a Motion to Remand Action To The San Francisco Superior Court on October 8, 2018, and set the matter for hearing on November 15, 2018 (ECF Dock. No. 24);

Whereas, Sumatra Kendrick and Michelle Kelly ("Kendrick/Kelly") filed a putative class action on November 21, 2017 in San Francisco County Superior Court against the same defendants ("Kendrick/Kelly Action"). Both Kendrick/Kelly and Plaintiff assert a claim under California Street & Highway Code Section 31490. The Kendrick/Kelly Action was also removed to the Northern District of California by Conduent, and was assigned federal case number 3:18-cv-00213-RS. Kendrick/Kelly and Plaintiff are represented by the same attorneys;

Whereas, Kendrick/Kelly filed a motion to remand the case to San Francisco Superior Court, which was granted by Hon. Richard Seeborg on April 3, 2018;

Whereas, Conduent filed a Petition to the 9th Circuit to hear an appeal on the order granting Kendrick/Kelly's motion to remand to the Ninth Circuit Court of Appeals, which was assigned appellate case number 18-80047 ("9th Circuit Appeal");

Whereas, the 9th Circuit Petition remains pending and the 9th Circuit has not decided whether it will allow an appeal to be heard;

The Parties hereby stipulate as follows:

Counsel for BATA agrees to accept service of the Amended Complaint on BATA's behalf as of the date this Stipulation is filed with the Court. The Parties agree that, for purposes of judicial economy and to preserve the Parties' resources, this action shall be stayed pending final resolution of the 9th Circuit Appeal in the Kendrick/Kelly Action (including a stay of Defendants' deadlines to respond to Plaintiffs' Amended Complaint and Motion to Remand). Within thirty (30) days of a final resolution of the 9th Circuit Petition and/or decision by the 9th Circuit Appeal, the Parties shall file a joint brief in this Court to inform the Court of the final decision and explain how the decision should impact this case, if at all. The Parties' joint filing shall also set forth Defendants' deadline for responding to the Amended Complaint and a proposed briefing schedule for Plaintiff's Motion to Remand.

IT IS SO STIPULATED.

DATED: October 12, 2018                    HANSON BRIDGETT LLP


                                          By:      /s/ Samantha Wolff*
                                               ALEXANDRA V. ATENCIO
                                               SAMANTHA D. WOLFF
                                               SIMRAN K. MAHAL
                                               Attorneys for Defendants Golden Gate Bridge,
                                               Highway and Transportation District and Bay
                                               Area Toll Authority


DATED: October 12, 2018                    LAFAYETTE & KUMAGAI LLP


                                          By:      /s/ Gary Lafayette
                                               GARY LAFAYETTE
                                               Attorneys for Defendant Conduent State and
                                               Local Solutions, Inc.


DATED: October 12, 2018                    COAST LAW GROUP, LLP


                                          By:      /s/ Helen I. Zeldes
                                               HELEN I. ZELDES
                                               Attorneys for Plaintiff William Montgomery

                            **\*ECF ATTESTATION**

    I, Samantha Wolff, am the ECF User whose ID and password are being used to file this

document.  I attest that concurrence in the filing of this document has been obtained from the

signatories.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  This action is stayed pending resolution of the 9th Circuit Appeal in the Kendrick/Kelly Action (including a stay of Defendants' deadlines to respond to Plaintiffs' Amended Complaint and Motion to Remand).  Within thirty (30) days of a final resolution of the 9th Circuit Appeal, the Parties shall file a joint brief in this Court to inform the Court of the final decision and explaining how the decision should impact this case, if at all.  The Parties' joint filing shall also set forth Defendants' deadline for responding to the Amended Complaint and a proposed briefing schedule for Plaintiff's Motion to Remand

IT IS SO ORDERED.

DATED: _10/16/18_____

Hon. Richard Seeborg
United States District Court Judge

14944168.3

STIPULATION TO THE DISTRICT AND BATA'S DEADLINE TO RESPOND TO COMPLAINT