UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MONTGOMERY, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC.; and DOES 1-10,<br><br>Defendants. | Case No. 4:18-cv-05518-~~KAW~~ RS<br><br>**[~~PROPOSED~~] ORDER PURSUANT TO STIPULATION REMANDING CASE TO SUPERIOR COURT**<br><br>Complaint Filed: July 13, 2018<br>Action Removed: September 7, 2018 |

**[PROPOSED] ORDER**

Having considered the parties' "Stipulation Remanding Case To Superior Court", and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved; and
2. The Civil Action bearing case number 4:18-cv-05518-KAW is remanded to the San Francisco Superior Court.

**IT IS SO ORDERED.**

Dated: 2/8/19

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE